In The United States District Court
For The District of Delaware

Kendall Quinn
   Plaintiff,

v.                                          Civ. No. 04-1529-KAJ

Warden Rick Kearney
Commissioner Stanley Taylor
and Bureau chief Paul Howard

   Defendants.

FILED
MAY - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am writing to you concerning and order that was mailed to me on April 14, 2005, I have already completed these stages of the law suit. I have already sent the intial payment of 10.74 months ago. Also the six month statement was mailed to courts at that time, I have to civil action numbers, on January of this year January 14, 2005. I the above plaintiff was assigned the above numbers Civ. No. 04-1529-KAJ. Now on April 14, 2005, i receive different civil numbers these numbers are Civ. No. 05-124-KAJ. I was also charged another intial filing fee of 10.74. Also the business office is holding 14.45 for payment. I ask if the courts could please correct error. The courts gave me a new filing fee for $250.00. I ask if my account could be reimbursed.

cc: KAJ
    Clerk
    File

Kendall Quinn
Kendall Quinn

I/M: Kendall Grinn   BLDG: Med 0-31
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY

To: Clerk of Court
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
(801)-3570

U.S. POSTAGE $00.370 MAY 05 05 19947
PB 2230370
1465 7963 2404
FROM ZIP CODE

19801+3570 12