OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 9, 2005

TO: Kendall Guinn
SBI #162890
SCI

RE: **U.S. Marshal 285 Forms**
*Civil Action # 04-1529 KAJ*

Dear Mr. Guinn:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan; CA 04-1529 KAJ
U.S. Marshal
CAF