**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: GUINN, KENDALL | COURT CASE NUMBER: 04-1529 KAJ |
| DEFENDANT: WARDEN RICK KEARNEY | TYPE OF PROCESS: O/C |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ATT'Y GEN'L M. JANE BRADY

**AT** ADDRESS: Carvel State Building 820 N. French Street, Wilmington DE 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kendall Guinn
Sussex Correctional Institution
Rd 1 P.O. Box 500
Georgetown, Delaware 19947

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

"Pauper Case"

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF   ☐ DEFENDANT
Kendall Guinn
DATE: 2-10-2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

Signature of Authorized USMS Deputy or Clerk: BF
Date: 5-10-05

I hereby certify and return that I ☑ have personally served...

Name and title of individual served: Malcolm Cobin — State Solicitor

Date of Service: 5/17/05   Time: 1410 pm

Signature of U.S. Marshal or Deputy

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)