## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL GUINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1529-KAJ |
| | ) |
| WARDEN RICK KEARNEY, | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| and CHIEF BUREAU OF PRISONS | ) |
| PAUL W. HOWARD, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of the Defendants Warden Rick Kearney, Commissioner Stanley Taylor and Bureau of Prisons Chief Paul W. Howard.  This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants.  The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                                                  DEPARTMENT OF JUSTICE
                                                  STATE OF DELAWARE

                                                  /s/ Eileen Kelly
                                                  Deputy Attorney General
                                                  Department of Justice
                                                  820 N. French St., 6th Floor
                                                  Wilmington, DE 19801
                                                  (302) 577-8400
                                                  eileen.kelly@state.de.us
                                                  Attorney for Defendants

Dated: July 11, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2005, I electronically filed *Defendants' Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on July 11, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Kendall Guinn.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us