In The United States District Court
For The District of Delaware

Kendall Guinn,
          Plaintiff,

v.

Warden Rick Kearney,
Commissioner Stanley Taylor,
and Bureau Chief Paul Howard,
          Defendants.

C.V. No. 04-1529-KAJ



FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir,

Dear your honor sir, the above Plaintiff Kendall Guinn S.B.I # Numbers 162890 a pro se. I am asking the courts if i could settle my law suit. If the court would grant my request. I the plaintiff would like to have my filing fee money reimbursed back to my account. If this request is granted i would like to have my pending law suit dismissed with preddwice. If additional information is needed from the courts. I the plaintiff Kendall Guinn will fill out any forms that the courts send me.

Dated: 7/7/05

Kendall Guinn
Kendall Guinn
162890

I/M: Kendall Guinn  BLDG: Med D-31
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

1175  U.S. POSTAGE  PB 2230370
7965  $00.370  JUL 08 05
0201  FROM ZIP CODE  19947

To: Peter T. Dalleo - Clerk
Lockbox 18 Federal Building
844 N. King Street
Wilmington, Delaware
19801.

13801+3519 12