OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 13, 2005

TO: Kendall Guinn
SBI# 162890
S.C.I.
P.O. Box 500
Georgetown, DE 19947

*RE: Status Letter; 04-1529(KAJ)*

Dear Mr. Guinn:

    This office received a letter from you requesting the status of your case. The filing fee for a civil case is non-refundable. Please be advised that if you want to voluntarily dismiss the case please respond to the District Court with your intentions.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan