# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 21, 2005

Kendall Guinn
SBI #162890
SCI
P.O. Box 500
Georgetown, DE 19947

Eileen Kelly, Esq.
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Re: Kendall Guinn v. Warden Rick Kearney, et al.
Civil Action No. 04-1529-KAJ

Dear Ms. Kelly and Mr. Guinn:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court