

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

August 15, 2005

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

**Re:    Guinn v. Kearney, et al.
        C.A. No. 04-1529-KAJ**

Dear Judge Jordan:

Enclosed please find a copy of the parties' proposed Scheduling Order in the above-referenced matter. Counsel sent Plaintiff Kendall Guinn a copy of the proposed order on July 29, 2005. By letter dated August 2, 2005, Mr. Guinn stated that he was satisfied with the proposed order and the dates indicated therein.

Should Your Honor require additional information, I am available at the convenience of the Court.

                                                        Respectfully,

                                                        /s/ Eileen Kelly

                                                        Eileen Kelly
                                                        Deputy Attorney General

Enclosure

cc:    Kendall Guinn (w/enclosure)
       SBI #162890