

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

August 23, 2005

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

**Re:    Guinn v. Kearney, et al.**
           **C.A. No. 04-1529-KAJ**

Dear Judge Jordan:

Pursuant to the parties' teleconference with Your Honor, today, August 23, 2005, enclosed please find a copy of the revised Scheduling Order in the above-referenced matter.

Should Your Honor require additional information, I am available at the convenience of the Court.

                                                                Respectfully,

                                                                /s/ Eileen Kelly

                                                                Eileen Kelly
                                                                Deputy Attorney General

Enclosure

cc:    Kendall Guinn (w/enclosure)
         SBI #162890