In The United States District Court
For The District of Delaware

Kendall Guinn,

　　　　Plaintiff,

v.

Warden Rick Kearney, ET AL,

　　　　Defendants.

Civil Action No. 04-1529
(KAJ)



Dear sir,

I the above Plaintiff, I would please like to be considered for a civil attorney. I asked if you would please understand my position as pro-se. Federal Civil Panel is what I research and found in the law library. I have had several tele-conferences with Mrs. Eileen Kelly. The Department of Corrections has turned down my offer to resolve this case. The further this case goes with the litigations I am starting to have problems. I cannot afford a civil attorney at this time. I have expressed this matter to Mrs Kelly

　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　Kendall Guinn
　　　　　　　　　　　　　　　Kendall Guinn

CC: Eileen Kelly,
　　Deputy Attorney General

I/M: Kendall Brinn   BLDG: Med 0-32
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

U.S. POSTAGE  PB 2230370
$00.370  OCT 19 05
FROM ZIP CODE  19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
         19801-3370