IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENDALL GUINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1529 (KAJ) |
| | ) |
| WARDEN RICK KEARNEY, ET AL., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **15th** day of **December, 2005**,

IT IS ORDERED that the status teleconference presently set for **January 18, 2006 at 4:30 p.m.** is hereby rescheduled to **January 17, 2006 at 4:30 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware. Counsel for Defendants shall initiate the call.

                              _____
                              UNITED STATES DISTRICT JUDGE