IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENDALL GUINN,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )          C. A. No. 04-1529-KAJ
                                        )
WARDEN RICK KEARNEY, ET AL.,            )
                                        )
            Defendants.                 )

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COME NOW the Defendants, by and through undersigned counsel, and respectfully

move this Honorable Court to enter an Order granting Defendants' counsel the right to depose

Plaintiff Kendall Guinn ("Plaintiff"), an incarcerated individual:

1.      Plaintiff is an inmate incarcerated at the Sussex Correctional Institution in

Georgetown, Delaware.

2.      Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this

case.

3.      The discovery deadline in this matter is March 1, 2006.

4.      Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated

individual.

5.      A form of order is attached to this motion that grants Defendants' counsel the

right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their

Motion for Leave to Depose Plaintiff Kendall Guinn.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

Dated:  January 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENDALL GUINN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1529-KAJ |
| | ) | |
| WARDEN RICK KEARNEY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1.  Plaintiff Kendall Guinn is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2.  Therefore, undersigned counsel assumes that the Motion is opposed.

> **STATE OF DELAWARE**
> **DEPARTMENT OF JUSTICE**
>
> /s/ Eileen Kelly
> Eileen Kelly, I.D. No. 2884
> Deputy Attorney General
> Carvel State Office Building
> 820 North French Street, 6th fl.
> Wilmington, DE 19801
> (302) 577-8400
> Attorney for Defendants

Dated: January 6, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENDALL GUINN,                          )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )     C. A. No. 04-1529-KAJ
                                        )
WARDEN RICK KEARNEY, ET AL.,            )
                                        )
          Defendants.                   )

## **O R D E R**

This _____ day of _____, 2006,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Kendall Guinn

pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendants' Motion for Leave to Depose shall

be granted and State Defendants shall have the right to depose Plaintiff Kendall Guinn.


                                        _____
                                        Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 200, I electronically filed *Defendants' Motion For Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on January 6, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Kendall Guinn.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us