**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**CARL C. DANBERG**
Attorney General

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

January 9, 2006

New Castle County/Civil Division

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

  Re: Guinn v. Kearney, et al.
     C.A. No. 04-1529-KAJ

Dear Judge Jordan:

  Pursuant to paragraph 7 of the Scheduling Order, the parties hereby submit their Interim Status Report. A telephonic status conference is set for January 17 at 4:30 p.m. Discovery is scheduled to close on March 1, 2006. This litigation concerns allegations pertaining to conditions of confinement at Sussex Correctional Institution ("SCI") in Georgetown, Delaware.

**Status of Discovery**

  Defendants have served Plaintiff with Interrogatories and a Request for Production. Responses are due February 5, 2006. Defendants have also filed a Motion for Leave to Depose Plaintiff, who is currently incarcerated at SCI.

  To date, Plaintiff has not propounded discovery directed to Defendants.

**Status of Mediation**

  On September 30, 2005, the parties had a teleconference with Magistrate Judge Mary Pat Thynge. Judge Thynge indicated that a second teleconference would be scheduled to discuss Plaintiff's particular concerns with respect to the conditions of confinement at SCI. That second teleconference has not yet been scheduled. Further, mediation has not been scheduled in this matter.

The Honorable Kent A. Jordan
January 9, 2006
Page Two

**Status of Settlement Discussions**

  Plaintiff has made a settlement demand of $1,500. Defendants are not prepared to make an offer to settle the case at this time.

  Undersigned counsel is available if the Court has any questions.

            Respectfully,

            /s/ Eileen Kelly
            Eileen Kelly
            Deputy Attorney General

cc:  Kendall Guinn
    SBI #162890