IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KENDALL GUINN,                     )
                                   )
          Plaintiff,               )
                                   )
     v.                            )     C. A., No. 04-1529-KAJ
                                   )
WARDEN RICK KEARNEY, ET AL.,       )
                                   )
          Defendants.              )

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED,** by, between and among Plaintiff Kendall

Guinn ("Plaintiff") and Defendants Richard Kearney, Stanley Taylor and Paul Howard

("Defendants") that any and all of Plaintiff's claims against Defendants are dismissed

with prejudice.


                                         STATE OF DELAWARE
                                         DEPARTMENT OF JUSTICE

_____                  _____
Kendall Guinn, *Pro Se*                  Eileen Kelly, I.D. No. 2884
SBI No. 162890                           Deputy Attorney General
Sussex Correctional Institution          Carvel State Office Building
Georgetown, DE  19947                    820 North French Street, 6th fl.
Plaintiff                                Wilmington, DE 19801
                                         (302) 577-8400
                                         Attorney for Defendants